**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Crystal Starr METZ, a/k/a Crystal Star Metz, Defendant–Appellant.**

No. 16-6603

United States Court of Appeals, Fourth Circuit.

Submitted: October 14, 2016

Decided: October 20, 2016

Crystal Starr Metz, Appellant Pro Se. John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia; Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Starr Metz appeals the district court's order denying her post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED